# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-20536-CMB |
| Nancy J. Elliot, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Nancy J. Elliot, | ) | |
| | ) | Related to Document No. |
| Movant, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | |
| PNC Mortgage, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Extend Loss Mitigation, Proposed Order, and Portal Account History on the following parties at the addresses listed below on August 10, 2016, via electronic mail and/or first class mail postage prepaid:

PNC Mortgage
Attn: E. Todd Chamberlain, CEO
3232 Newmark Drive
Miamisburg, OH 45342

PNC Mortgage
P.O. Box 8703
Dayton, OH 45401

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: August 10, 2016

By: /s/Meghan Hodge
Meghan Hodge, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mhodge@thompsonattorney.com