**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Nancy J. Elliot., | : | Bankruptcy No. 15-20536-CMB |
| | : | |
| Debtor. | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO:  CLERK OF BANKRUPTCY COURT

Kindly withdraw the Certificate of Service dated August 10, 2016 filed at Document No. 70 in the above matter, as it was filed in error.

                                                                            Respectfully submitted,

Dated:  August 11, 2016                     /s/Brian C. Thompson, Esquire
                                                                            Brian C. Thompson
                                                                            PA ID: 91197
                                                                            Thompson Law Group, P.C.
                                                                            125 Warrendal-Bayne Rd., Suite *200*
                                                                            Warrendale, PA 15086
                                                                            (724) 799-8404 Telephone
                                                                            (724) 799-8409 Facsimile
                                                                            bthompson@thompsonattorney.com