## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** NANCY J. ELLIOTT
    **Case Number:** 15-20536-CMB      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, AUGUST 25, 2016 11:00 AM    3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/29/16 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#6 - Continued Confirmation of Plan Dated 2/20/2015 - NFC
R / M #: 6 / 0

### *Appearances:*

Debtor: Lemon
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 9-22-16
    Objections are due on or before 10-13-16.
    A hearing on the Amended Plan is set for 10-20-16 at 1:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/18/2016   2:19:35PM