# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
1/6/17 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

**Debtor:** NANCY J. ELLIOTT
**Case Number:** 15-20536-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 05, 2017 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#82 - Amended Plan Dated 11/18/2016 (NFC)
(As of 12/29/16 Amended Plan appears Unserved)
R / M #:  82 / 0

### Appearances:

Debtor: Lemon
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor: Warmbrodt - PNC

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 3/9/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/30/2016  9:27:03AM