**Form 410**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nancy J. Elliott**
  Debtor(s)

Bankruptcy Case No.: 15−20536−CMB
Related to Doc. No. 91
Chapter: 13
Docket No.: 92 − 91
Concil. Conf.: April 5, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 12, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 26, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 5, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 28, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-20536-CMB
Nancy J. Elliott                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Dec 28, 2017
                              Form ID: 410            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
```
db          +Nancy J. Elliott,    298 Oak Road,    Gibsonia, PA 15044-5044
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
13998203     Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13998204    +Deer Lakes SD and Township,    c/o Keystone Collections Group,    546 Wendel Road,
              Irwin, PA 15642-7539
14021977    +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
              546 Wendel Rd.,    Irwin, PA 15642-7539
13998205     ECU Credit Union/Visa,    PO Box 31279,    Tampa, FL 33631-3279
13998206     First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14008378    +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
13998207     Home Depot Credit Services,    PO Box 1826776,    Columbus, OH 43218-2675
13998208   ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
             (address filed with court: Nextier Bank,     PO Box 250,    Evans City, PA 16033)
14068968    +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13998210    +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
13998209     PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14057893    +E-mail/Text: bncmail@w-legal.com Dec 29 2017 00:45:44     COMENITY CAPITAL BANK,
              C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14061097    +E-mail/Text: kburkley@bernsteinlaw.com Dec 29 2017 00:46:07     Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14069571     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 00:58:16
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
```
cr           Duquesne Light Company
cr           PNC Bank, National Association
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor Nancy J. Elliott bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7
```