# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** NANCY J. ELLIOTT
    **Case Number:** 15-20536-CMB     **Chapter:** 13
    **Date / Time / Room:** THURSDAY, APRIL 05, 2018 09:00 AM  3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/9/18 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

    #91 Trustee's Certificate of Default to Dismiss
    +Declaration/Response Filed By: Debtor
    R / M #: 91 / 0

*Appearances:*

    Debtor: Thompson
    Trustee: Winnecour / Pail / Katz / DeSimone
    Creditor:

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _X_ Other: Resolved through Recommended Order

3/29/2018   3:07:17PM