**Form 128**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Nancy J. Elliott** | : | Case No. 15–20536–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| PNC Bank N.A. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 5 |
| v. | : | |
| Nancy J. Elliott | : | |
| *Respondent.* | : | |

:
:
:
:
:
:
:
:
:
:

## <u>NOTICE REGARDING NONCONFORMING DOCUMENT</u>

The **Notice of Mortgage Payment Change or Notice of Post–Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005–13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005–13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due <u>November 13, 2018</u>.

THE NOTICE OF MORTGAGE PAYMENT CHANGE MUST COMPLY WITH THE FED. R. BANKR. P. 9011; THE DOCUMENT MUST BE PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR.

<u>Lylenn Fox</u>
Deputy Clerk

Dated: October 29, 2018

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-20536-CMB
Nancy J. Elliott                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1           Date Rcvd: Oct 29, 2018
                              Form ID: 128            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db           +Nancy J. Elliott,   298 Oak Road,   Gibsonia, PA 15044-5044
aty          +Brian C. Thompson,   Thompson Law Group, P.C.,   125 Warrendale Bayne Road,   Suite 200,
              Warrendale, PA 15086-6504
             +James Barnhouse Jr.,   PNC Morgage a division of PNC Bank, NA,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
         andygornall@latouflawfirm.com
        Brian C. Thompson    on behalf of Debtor Nancy J. Elliott bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
         ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                            TOTAL: 7