Form 128

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Nancy J. Elliott**  :  Case No. 15−20536−CMB
　　*Debtor(s)*  :  Chapter: 13
  :
PNC Bank N.A.  :
　　*Movant,*  :
  :  Related to Claim No. 5
v.  :
Nancy J. Elliott  :
　　*Respondent.*  :
  :
  :
  :
  :
  :
  :
  :
  :

**NOTICE REGARDING NONCONFORMING DOCUMENT**

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 14, 2018 .

THE NOTICE OF MORTGAGE PAYMENT CHANGE MUST COMPLY WITH THE FED. R. BANKR. P. 9011; THE DOCUMENT MUST BE PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR. Example: /S/ TYPED NAME OF FILER (ON SIGNATURE LINE OF THE NOTICE OF MORTGAGE PAYMENT CHANGE)

Dated: October 31, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　Lylenn Fox
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nancy J. Elliott  
    Debtor

Case No. 15-20536-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Oct 31, 2018  
                        Form ID: 128     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db         +Nancy J. Elliott,   298 Oak Road,   Gibsonia, PA 15044-5044
aty        +Brian C. Thompson,   Thompson Law Group, P.C.,   125 Warrendale Bayne Road,   Suite 200,
             Warrendale, PA 15086-6504
           +James Barnhouse,   PNC Mortgage a division of PNC Bank NA,   3232 Newmark Drive,
             Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Debtor Nancy J. Elliott bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
           ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```