## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No.: 15-20536-CMB |
| Nancy J. Elliott, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____) | |
| ) | |
| Nancy J. Elliott, ) | |
| ) | Related to Document No.: |
| Movant, ) | |
| ) | Related to Claim No.: 5 |
| v. ) | |
| ) | |
| PNC Bank N.A., ) | |
| ) | |
| Respondent. ) | |

_____

### **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 08, 2018, after reasonable investigation and upon review of the existing Chapter 13 Plan, and the recomputed plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed change for December 1, 2018.

The new post-petition monthly payment payable to Respondent is $670.31, effective December 1, 2018, per the notice dated November 08, 2018. The Debtor's plan payment provides for a monthly payment to PNC Bank N.A. of $670.87. Therefore, Debtor's plan remains sufficient.

Respectfully Submitted,

Date: November 13, 2018            s/Brian C. Thompson
                                    Brian C. Thompson, Esquire
                                    Attorney for Debtor
                                    PA I.D. # 91197

Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com