## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Nancy J. Elliott, | : | Bankruptcy Case No.: 15-20536-CMB |
|  | : |  |
| Debtor. | : | Chapter 13 |
|  | : |  |
| Nancy J. Elliott, | : |  |
|  | : | Document No.: |
| Movant, | : |  |
|  | : | Related to Document No.: |
| v. | : |  |
|  | : | Related to Claim No.: 5 |
| PNC Bank, N.A., | : |  |
|  | : |  |
| Respondent. | : |  |

## **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on October 22, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for December 1, 2019.

The new post-petition monthly payment payable to Respondent is $666.82, effective December 1, 2019, per the notice dated October 22, 2019.  The Debtor's Plan payment provides for a monthly payment to PNC Bank, N.A. of $670.31.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  October 24, 2019

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com