## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Nancy J. Elliott, | : | Bankruptcy Case No.: 15-20536-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Nancy J. Elliott, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 122 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| PNC Bank, N.A., | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Debtor's Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on October 24, 2019 on the parties listed below:

PNC Mortgage
ATTN: Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH  45432

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA  19106-1532

Ronda J. Winnecour
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Bankruptcy Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated:  October 24, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com