Form 128

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Nancy J. Elliott**  *Debtor(s)* | Case No. 15−20536−CMB  Chapter: 13 |
| PNC BANK, NA  *Movant,* | |
| | Related to Claim No. 5 |
| v.  Nancy J. Elliott  *Respondent.* | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  NOVEMBER 5, 2019 .

PLEASE FOLLOW RULE 5005−6 (b) REGARDING SIGNATURES − ELECTRONICALLY FILED DOCUMENTS SHALL COMPLY WITH THE FED. R. BANKR. P. 9011...; THE DOCUMENT IS PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR.

Dated: October 22, 2019

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nancy J. Elliott  
    Debtor

Case No. 15-20536-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Oct 22, 2019  
                         Form ID: 128      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
```
db           +Nancy J. Elliott,    298 Oak Road,    Gibsonia, PA 15044-5044
aty          +Brian C. Thompson,    Thompson Law Group, P.C.,    125 Warrendale Bayne Road,    Suite 200,
               Warrendale, PA 15086-6504
             +Vicki Pringle,    PNC Mortgage a division of PNC Bank, NA,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Nancy J. Elliott bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```