Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nancy J. Elliott** | : | Case No. 15−20536−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per Doc. No. 136 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 1st of June, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 15-20536-CMB
Nancy J. Elliott                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 2               Date Rcvd: Jun 01, 2020
                            Form ID: 309          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db             +Nancy J. Elliott,    298 Oak Road,    Gibsonia, PA 15044-5044
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13998204       +Deer Lakes SD and Township,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
14021977       +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13998205        ECU Credit Union/Visa,    PO Box 31279,    Tampa, FL 33631-3279
13998206        First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
13998207        Home Depot Credit Services,    PO Box 1826776,    Columbus, OH 43218-2675
13998208       ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
                 (address filed with court: Nextier Bank,    PO Box 250,    Evans City, PA 16033)
15159351       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14008378       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha, NE 68197)
14068968       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13998210       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Jun 02 2020 04:18:24     Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14057893       +EDI: WFNNB.COM Jun 02 2020 07:53:00      COMENITY CAPITAL BANK,    C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14061097       +E-mail/Text: kburkley@bernsteinlaw.com Jun 02 2020 04:18:33     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13998203        EDI: JPMORGANCHASE Jun 02 2020 07:53:00      Chase,    Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
14069571        EDI: PRA.COM Jun 02 2020 07:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13998209        EDI: RMSC.COM Jun 02 2020 07:53:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14952126       +E-mail/Text: bncmail@w-legal.com Jun 02 2020 04:18:24     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10826,    Greenville, SC  29603-0826
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
               andygornall@latouflawfirm.com
```

```
District/off: 0315-2           User: dric                 Page 2 of 2                   Date Rcvd: Jun 01, 2020
                               Form ID: 309               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Brian C. Thompson    on behalf of Debtor Nancy J. Elliott bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 7