**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| NANCY J. ELLIOTT | Case No.:15-20536 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/20/2015 and confirmed on 04/16/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,903.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,903.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 9,051.91 | |
| Trustee Fee | 2,230.47 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,282.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NEXTIER BANK* | 454.32 | 454.32 | 128.52 | 582.84 |
| Acct: XXXXXX0539 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 0.00 | 40,536.48 | 0.00 | 40,536.48 |
| Acct: 2679 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2679 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 7,387.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2679 | | | | |
| DEER LAKES SD (WEST DEER) (RE) | 3,381.31 | 0.00 | 1,191.30 | 1,191.30 |
| Acct: 3300 | | | | |
| DEER LAKES SD & W DEER TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX: 13 | | | | |
| DEER LAKES SD & W DEER TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX: 14 | | | | |
| DEER LAKES SD (WEST DEER) (RE) | 494.60 | 0.00 | 0.00 | 0.00 |
| Acct: 3300 | | | | |
| | | | | 42,310.62 |

Priority

| 15-20536 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
| | | | | |
|---|---|---|---|---|
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NANCY J. ELLIOTT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXX2/20 | 1,732.70 | 369.68 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-19 | 5,182.23 | 5,182.23 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |

Unsecured
| | | | | |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY*<br>Acct: 4397 | 142.52 | 0.00 | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++<br>Acct: XXXXXXXXXXX0732 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECU CREDIT UNION*<br>Acct: XXXXXXXXXXX7906 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(*)<br>Acct: 6948 | 639.02 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7477 | 5,764.79 | 0.00 | 0.00 | 0.00 |
| BILL ME LATER INC A/S/F SYNCHRONY BA<br>Acct: 0420 | 4,197.88 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 42,620.62 |

TOTAL CLAIMED
PRIORITY              310.00
SECURED            11,717.87
UNSECURED         10.744.21

Date: 07/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com